**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

COMMONWEALTH OF PENNSYLVANIA, : No. 324 MAL 2014
                                      :
           Respondent       :
                                      : Petition for Allowance of Appeal from the
                                      : Order of the Superior Court
          v.                  :
                                        :
                                      :
LEVEEL BUTLER-HAYES,         :
                                        :
           Petitioner        :

**<u>ORDER</u>**

**PER CURIAM**

      **AND NOW**, this 28th day of October, 2014, the Petition for Allowance of Appeal is **DENIED**.